*CULLENandDYKMAN* LLP

**Cynthia A. Augello**
PARTNER
Direct Dial: (516) 357-3750
Facsimile: (516) 296-9155
caugello@cullenanddykman.com

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

May 11, 2015

Honorable Arthur D. Spatt
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York  11722

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 12 2015   ★

LONG ISLAND OFFICE

Re:   Burbar v. Village of Garden City
      Civil Docket Number:  13-cv-1350

Dear Judge Spatt,

This firm represents the Incorporated Village of Garden City and Police Officer Rocco Marceda (the "Village Defendants") in the above referenced action. This Court set a deadline of June 22, 2015 for Defendant's motion for summary judgment to be fully briefed. We write to advise this Court that the parties have reached a settlement in the above matter, however, we are in the process of memorializing the agreement in writing which we expect will be completed in short order.

Due to the pending settlement, we write to request a brief extension of the briefing schedule to July 22, 2015 in the event that the settlement should not proceed.

Thank you for your time and consideration.

Respectfully submitted,

Cynthia A. Augello (CA 3839)

*Handwritten order:* Case closed subject to the terms of the settlement agreement. Should the parties fail to consummate the settlement they may seek to reopen the case and continue with the summary judgment process. So ordered.
s/ Arthur D. Spatt
Arthur D. Spatt, U.S.D.J.
5/12/15

*Founded 1850*

BROOKLYN   LONG ISLAND   MANHATTAN   WASHINGTON, D.C.   ALBANY   NEW JERSEY

